Rose D. April et al., Appellants and Respondents, v. Philip April, Defendant, and Joseph G. Abramson, as Trustee, Respondent and Appellant.

Submitted March 1, 1937; decided March 16, 1937.

Motion for a reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. Without plaintiff's knowledge payments were made both from principal and income while the trust fund was not sufficient security. Under the rules stated in the opinion the result of such payments was to deprive the plaintiff of the security to which she was entitled. This is true even though the payment was made in part from income. (See 272 N. Y. 331.)

County of Nassau, Appellant and Respondent, v. City of Long Beach et al., Respondents and Appellants.

Submitted March 1, 1937; decided March 16, 1937.

Motion for reargument granted and case set down for first week of next session. (See 272 N. Y. 260.)